**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

JANET MORGAN,

          Plaintiff,

vs.                                             Case No. 5:10-cv-358-J-32JBT

LCT TRANSPORTATION, LLC,

          Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's November 4, 2010 Report and Recommendation (Doc. 14) and the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 13). Upon independent de novo review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 14) is **ADOPTED** as the opinion of the Court.

2. The settlement terms as stated in the parties' Joint Stipulation (Doc. 13) are **APPROVED.**

3. This case is **DISMISSED WITH PREJUDICE** and the Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of December, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record